### 5313.  GILLIAM *v.* FRIERSON.

ROAN, J.  The motion for a new trial was on the usual general grounds. The verdict was supported by some evidence, and it was not error to refuse a new trial.                              *Judgment affirmed.*

DECIDED FEBRUARY 4, 1914.

Appeal; from Elbert superior court—Judge Meadow.  October 25, 1913.

*Z. B. Rogers,* for plaintiff in error.  *W. D. Tutt,* contra.